UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MEDINOL LTD.,

          Plaintiff,

  - against -

CORDIS CORPORATION AND JOHNSON
& JOHNSON,

          Defendants.
------------------------------------------------------X

ORDER

13 Civ. 1408 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/14

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The Courthouse Security Officers are hereby ordered to permit Greg Diskant, Scott Howard, Kathleen Crotty, Peter Nelson, Marla Dunn, Laura Kaufman, Joyce Addae, Oleg Gorelik, Roman Kosman-Rimsky, Peter Lawson, Jamey Johnson, Eric Harris, Richard DeLucia, Elizabeth Gardner, Aloysius A. Pfeffer, Mark Chapman, Eric Schreiber, Caryn Harsche Cross, Jeremy Bozcko, Joseph Purcell, Arthur Miller, Jacob Richter, Judith Richter, Jason Rudd and Tal Frieman to bring their cellular telephones into the Courthouse for the duration of the trial, which is anticipated to begin on January 20, 2014, and conclude on January 23, 2014.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            January 16, 2014