```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDINOL, LTD.,

                Plaintiff,

         -against-

CORDIS CORPORATION AND JOHNSON
& JOHNSON,

                Defendants.
------------------------------------------------------------X

13 CIVIL 1408 (SAS)

**JUDGMENT**

      Whereas on June 13, 2013, the Court having granted defendants' request to bifurcate the case in order to address Cordis's equitable defense of laches prior to starting discovery on the merits; the Court having held a bench trial on the issues of laches from January 20 to January 24, 2014; the parties having made post-trial submissions on January 31, 2014, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on March 14, 2014, having rendered its Opinion and Order finding that laches presents an entire defense to Medinol's infringement claims, and dismissing plaintiff's action with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2014, the Court finds that laches presents an entire defense to Medinol's infringement claims; Plaintiff's action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           April 4, 2014

                                                      **RUBY J. KRAJICK**
                                                         _____
                                                            Clerk of Court
                                          **BY:**
                                                           _____
                                                           Deputy Clerk

                                                         THIS DOCUMENT WAS ENTERED
                                                         ON THE DOCKET ON _____