USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

**MEDINOL LTD.,**

                **Plaintiff,**

     -against-

**CORDIS CORPORATION AND JOHNSON & JOHNSON,**

                **Defendants.**

------------------------------------------------------------------------ x

13-CV-1408 (ALC)

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., District Judge:**

    In light of the Opinion & Mandate from the United States Court of Appeals for the Federal Circuit, ECF Nos. 112-14, this case is **DISMISSED**.

**SO ORDERED.**

**Dated:**     **September 4, 2020**
           **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**